UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOHN DOE, :
:
:
Plaintiff, :
: 24-CV-4510 (JMF)
-v- :
: ORDER
:
ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff's Complaint in the above-captioned action violates Rule 10 of the Federal Rules of Civil Procedure because he did not seek — and the Court did not grant — leave to proceed pseudonymously.  Accordingly, it is hereby ORDERED that Plaintiff shall file any such motion **within a week of this Order**.  If Plaintiff fails to do so, the case will be dismissed without further notice to the parties.

      SO ORDERED.

Dated: June 14, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                         United States District Judge