```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOHN DOE,                                                         :
                                                                  :
                         Plaintiff,                               :
                                                                  :     24-CV-4510 (JMF)
           -v-                                                    :
                                                                  :         ORDER
ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,                          :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On June 21, 2024, Plaintiff filed a letter motion seeking to proceed under the pseudonym "John Doe." *See* ECF No. 6. The motion is GRANTED, but only temporarily. Defendant shall file a response to the motion **within two weeks of Defendant's entering a notice of appearance**. By the **same date**, any non-party who seeks, and is granted, leave to intervene for purposes of being heard on the issue may file an opposition to the motion. Any reply shall be filed **within one week of Defendant's filing or any opposition, whichever is later**. The Court reserves judgment on whether to grant the motion on a more permanent basis.

      To ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, **under seal**, a declaration disclosing his identity to the Court. To ensure that his name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of John Doe**."

      The Clerk of Court is directed to issue a summons and terminate ECF No. 6.

      SO ORDERED.

Dated: June 24, 2024
      New York, New York

                                                                                                                                                _____
                                                                                                                                       JESSE M. FURMAN
                                                                                                         United States District Judge